FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR07-1263

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Christopher Sylvester | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A.  (x) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by court order_

(B)  (x) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he can remain crime free_

IT IS ORDERED that defendant be detained.

DATED: 12/21/07

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE